# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ALVIN E. LEE

NO. 2024 KW 0791

**DECEMBER 12, 2024**

---

In Re:     Alvin E. Lee, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 2301103.

---

**BEFORE:     McCLENDON, WELCH, AND LANIER, JJ.**

　　　　**WRIT DENIED AS MOOT.** We are advised by the Office of the District Attorney for the Twenty-First Judicial District that the State has dismissed the bill of information against relator in this matter. Accordingly, relator's request for supervisory review of the ruling on the motion to suppress is moot.

**PMc**
**JEW**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT